Bijan Amini
Avery Samet
Jaime Leggett
**STORCH AMINI & MUNVES PC**
2 Grand Central Tower
140 East 45th Street
New York, New York 10017
Tel: (212) 490-4100
*Counsel for Sanjiv Ahuja*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| LIGHTSQUARED INC., *et. al.*, | ) | |
| | ) | Case No. 12-12080 (SCC) |
| Debtors.[1] | ) | |
| | ) | Jointly Administered |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(a)(1), Sanjiv Ahuja hereby files this Notice of Appeal of this Court's

Order Confirming Modified Second Amended Joint Plan Pursuant To Chapter 11 Of Bankruptcy Code,

entered March 27, 2015 [Docket No. 2276] (the "Order"), a copy of which is attached hereto as Exhibit

A.  The prescribed fee accompanies this Notice of Appeal.

The names of the principal parties to the Order appealed from and the names, addresses and

telephone numbers of their respective attorneys are as follows:

> *Appellant Sanjiv Ahuja*
> Bijan Amini
> Avery Samet
> Jaime Leggett
> Storch Amini & Munves PC
> 140 East 45th Street
> New York, New York 10017
> Tel: (212) 490-4100

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal or foreign tax or registration identification number, are: LightSquared Inc. (8845), LightSquared Investors Holdings Inc. (0984), One Dot Four Corp. (8806), One Dot Six Corp. (8763), SkyTerra Rollup LLC (N/A), SkyTerra Rollup Sub LLC (N/A), SkyTerra Investors LLC (N/A), TMI Communications Delaware, Limited Partnership (4456), LightSquared GP Inc. (6190), LightSquared LP (3801), ATC Technologies, LLC (3432), LightSquared Corp. (1361), LightSquared Finance Co. (6962), LightSquared Network LLC (1750), LightSquared Inc. of Virginia (9725), LightSquared Subsidiary LLC (9821), LightSquared Bermuda Ltd. (7247), SkyTerra Holdings (Canada) Inc. (0631), SkyTerra (Canada) Inc. (0629) and One Dot Six TVCC Corp. (0040). The location of the debtors' corporate headquarters is 10802 Parkridge Boulevard, Reston, VA 20191.

*Debtors-Appellees Lightsquared Inc., et al.*
Matthew S. Barr
Steven Z. Szanzer
Karen Gartenberg
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
Tel: (212) 530-5000

*Plan Proponent Fortress Credit Opportunities Advisors, LLC*
Frank A. Merola
Jayme T. Goldstein
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Tel: (212) 806-5400

*Plan Proponent Harbinger Capital Partners LLC*
David M. Friedman
Adam L. Shiff
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

*Plan Proponent Centerbridge Partners L.P.*
Brad Eric Scheler
Peter B. Siroka
Aaron S. Rothman
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000

*Plan Proponent JPM Investment Parties*
Sandeep Qusba
Elisha D. Graff
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000

Dated:  New York, New York
       March 27, 2015

**STORCH AMINI & MUNVES PC**

By:  /s/ *Avery Samet*
Bijan Amini
Avery Samet
Jaime Leggett
2 Grand Central Tower
140 East 45th Street
New York, New York 10017
Tel: (212) 490-4100
*Counsel for Sanjiv Ahuja*