# STORCH AMINI & MUNVES PC

A New York Professional Corporation

Avery Samet  
Member NY Bar

e-mail: asamet@samlegal.com  
direct: 212.497.8239

April 7, 2015

**VIA ECF**

The Honorable Katherine B. Forrest  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 1950  
New York, New York 10007

Re: **In re LightSquared, Inc. et al.**  
**Bankruptcy Appeal No. 15-cv-2342 (Chapter 11 Case No. 12-12080)**

Dear Judge Forrest,

As discussed at today's court conference, please find attached hereto as Exhibit A a copy of the transcript of the March 26, 2015 Confirmation Hearing before the Bankruptcy Court in the above-referenced matter. Attached as Exhibit B is a copy of the errata sheet for the transcript, which was submitted by the Debtors to the Bankruptcy Court on April 6, 2015.

Best,

Avery Samet

Encl.

cc: Michael L. Hirschfeld, Esq. (via email)  
Matthew Scott Barr, Esq. (via email)  
Andrew M. Leblanc, Esq. (via email)  
ECF List