UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 30, 2015
```

------------------------------------------------------------X
                                                                    :

In re: LIGHTSQUARED INC., et al.,        :

                                                        :        15-cv-2342 (KBF)

                         Debtors.        :

                                                        :        <u>ORDER</u>
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

        In the interest of judicial efficiency, the oral argument previously scheduled for May 21, 2015 is hereby RESCHEDULED to **Thursday, June 4, 2015** at **10:00 am** and shall be held in conjunction with argument in the related bankruptcy appeal (15-cv-2848). The rest of the briefing schedule set forth at ECF No. 6 remains in place.

        SO ORDERED.

Dated:     New York, New York
               April 30, 2015

                                                     _____
                                                           KATHERINE B. FORREST
                                                         United States District Judge