Bijan Amini
Avery Samet
Jeffrey Chubak
STORCH AMINI & MUNVES PC
2 Grand Central Tower, 25th Floor
140 East 45th Street
New York, New York 10017
Tel: (212) 490-4100

*Attorneys for Appellant Sanjiv Ahuja*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LIGHTSQUARED INC., *et al.*, | Case No. 12-12080 (SCC) |
| Debtors. | Jointly Administered |
| SANJIV AHUJA, | No. 15-cv-2342 (KBF) |
| Appellant, | |
| v. | |
| LIGHTSQUARED INC., *et al.*, | |
| Appellees. | |

**NOTICE OF APPELLANT SANJIV AHUJA'S
<u>MOTION FOR STAY PENDING APPEAL</u>**

PLEASE TAKE NOTICE on a date and time to be set by this Court, appellant Sanjiv Ahuja will move, pursuant to Federal Rules of Bankruptcy Procedure 8007 or 8025(b), for an order staying Bankruptcy Judge Shelley C. Chapman's March 27, 2015 order ("<u>Confirmation Order</u>") confirming the modified second amended joint chapter 11 plan of appellees LightSquared Inc. and its debtor subsidiaries pending this Court's ruling on Mr. Ahuja's appeal and, if unsuccessful, Mr.

Ahuja's appeal of the Confirmation Order to the Court of Appeals for the Second Circuit.  In support of this motion, Mr. Ahuja relies upon the memorandum of law and declaration of Avery Samet in support of the same, filed contemporaneously herewith.

| | |
|---|---|
| Dated: July 20, 2015<br>New York, New York | STORCH AMINI & MUNVES PC<br><br>/s/ Avery Samet<br>Bijan Amini<br>Avery Samet<br>Jeffrey Chubak<br>2 Grand Central Tower, 25th Floor<br>140 East 45th Street<br>New York, New York 10017<br>(212) 490-4100<br><br>*Attorneys for Appellant Sanjiv Ahuja* |